# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1367
_____

DARRYL ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jefferson County.
Dawn Caloca-Johnson, Judge.

July 31, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.